UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANNA L. JOHNSON,

    Plaintiff,

v.                                                     Case No: 8:13-cv-1152-T-36PDB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Patricia D. Barksdale on July 10, 2014 (Doc. 27). In the Report and Recommendation, Magistrate Judge Barksdale recommends that the Court affirm the Commissioner's decision and direct the clerk to enter judgment in favor of the Commissioner. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**; and

(3)   The Clerk is directed to enter judgment in favor of the Commissioner and close this file.

**DONE AND ORDERED** at Tampa, Florida on August 5, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Patricia D. Barksdale
Counsel of Record

2